MATTHEW D. COX, ESQ.
Nevada Bar #10556
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800
matt.cox@andrewleavittlaw.com
Attorney for Defendant,
TIMOTHY MONAHAN

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:23-mj-00930-EJY |
| vs. | **Stipulation Requesting Case be Closed** |
| TIMOTHY MONAHAN, | |
| Defendant | |

IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and SKYLER PEARSON, Assistant United States Attorney, counsel for the United States of America, and MATTHEW D. COX, ESQ., counsel for the defendant TIMOTHY MONAHAN, that Defendant has previously entered a plea of guilty to the Amended charge of Reckless Driving, and the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1. The Defendant completed the DUI school and the Victim Impact Panel as required.

2. Defendant paid the $400.00 fine as well as the $10.00 assessment fee.

3. The Defendant previously plead guilty to the Amended charge of Reckless Driving.

3. The parties jointly request that the original sentence be applied to the Reckless Driving conviction.

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

4. The parties jointly request that the above-captioned matter be closed.

DATED this 23rd day of July, 2024.

| | |
|---|---|
| /s/ Matthew D. Cox | /s/ Skyler Pearson |
| **MATTHEW D. COX, ESQ.** | **SKYLER PEARSON, ESQ.** |
| 633 S. 7th Street | Assistant U.S. Attorney |
| Las Vegas, NV 89101 | 501 Las Vegas Blvd. So., Ste. 1100 |
| Attorney for Defendant, | Las Vegas, NV 89101 |
| TIMOTHY MONAHAN | |

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY MONAHAN,<br><br>Defendant | Case No.: 2:23-mj-00930-EJY<br><br>**Stipulation Requesting Case be Closed** |

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant completed the DUI school and the Victim Impact Panel as required.

2. Defendant paid the $400.00 fine as well as the $10.00 assessment fee.

3. Defendant has completed all required conditions imposed by the Court. The parties agree that the case was previously amended to Reckless Driving.

4. The parties jointly request that the original sentence be applied to the Reckless Driving conviction.

5. The parties jointly request that the above-captioned matter be closed.

///

///

///

///

//

/

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

## ORDER

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter to close case as all requirements have been completed.

DATED this ___24th___ day of July, 2024

_____
UNITED STATES MAGISTRATE JUDGE

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438